# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

MICHAEL HIGGINS,

          Plaintiff,           CIVIL NO.: 11-CV-1378 PAM/TNL

v.

NATIONS RECOVERY CENTER, INC.,     **ORDER FOR DISMISSAL**

          Defendant.

_____

      Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 2, filed by Plaintiff on September 19, 2011, and upon all the files, records and proceedings herein,

      IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

                            **BY THE COURT:**

Dated: <u>September   21  </u>, 2011         <u>s/Paul A. Magnuson</u>
                                              The Honorable Paul A. Magnuson
                                              United States District Court Judge